Benjamin Bodfish, *Respondent, v.* Warren S. Bush, *Appellant.*— Judgment reversed and new trial ordered before another referee, costs to abide event, unless the plaintiff shall stipulate to reduce the amount of his judgment by deducting therefrom, as of the date of the report, the sum of fifty dollars and forty-three cents,

in which case the judgment, as so reduced, is affirmed. Opinion by TALCOTT, P. J.